WILLIAM L. ANTHONY, JR. (State Bar No. 166026)
wanthony@orrick.com
MATTHEW H. POPPE (State Bar No. 177854)
mpoppe@orrick.com
ZHENG LIU (State Bar No. 229311)
jenliu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

Attorneys for Defendant
VARIAN MEDICAL SYSTEMS, INC.

DANIEL JOHNSON, JR. (State Bar No. 57409)
djjohnson@morganlewis.com
RITA E. TAUTKUS (State Bar No. 162090)
rtautkus@morganlewis.com
MORGAN LEWIS & BOCKIUS, LLP
One Market – Spear Street Tower
San Francisco, CA 94105
Telephone: 1-415-442-1000
Facsimile: 1-415-442-1001

Attorneys for Plaintiff,
UNIVERSITY OF PITTSBURGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, a Pennsylvania non-profit corporation (educational),<br><br>        Plaintiff,<br><br>    v.<br><br>VARIAN MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>        Defendant. | Case No. CV 08 2973 MMC<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>**Filed Electronically** |

**[PROPOSED] ORDER**

Upon Consideration of the parties STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT,

IT IS HEREBY ORDERED that the Stipulation is GRANTED and Defendant Varian Medical Systems, Inc., shall have through and including July 23, 2008, within which to Answer or otherwise respond to Plaintiff's Compliant.

IT IS SO ORDERED.

Dated: June 27, 2008

_____
Judge Maxine M. Chesney