1    WILLIAM L. ANTHONY, JR.  (State Bar No. 166026)
     wanthony@orrick.com
2    MATTHEW H. POPPE  (State Bar No. 177854)
     mpoppe@orrick.com
3    ZHENG LIU  (State Bar No. 229311)
     jenliu@orrick.com
4    ORRICK, HERRINGTON & SUTCLIFFE LLP
     1000 Marsh Road
5    Menlo Park, California 94025
     Telephone:     +1-650-614-7400
6    Facsimile:     +1-650-614-7401

7    Attorneys for Defendant
     VARIAN MEDICAL SYSTEMS, INC.
8

9                         UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12

13   UNIVERSITY OF PITTSBURGH OF THE            Case No.  CV 08-02973 MMC
     COMMONWEALTH SYSTEM OF HIGHER
14   EDUCATION d/b/a UNIVERSITY OF              ~~[PROPOSED]~~ ORDER GRANTING
     PITTSBURGH, a Pennsylvania non-profit      STIPULATED REQUEST FOR
15   corporation (educational),                 ORDER SHORTENING TIME RE:
                                                MOTION TO TRANSFER ACTION
16              Plaintiff,                       TO U.S. DISTRICT COURT FOR
                                                WESTERN DISTRICT OF
17       v.                                     PENNSYLVANIA [Civil L.R. 6-2]

18   VARIAN MEDICAL SYSTEMS, INC., a            **Filed Electronically**
     Delaware corporation,
19
                Defendant.
20

21

22

23

24

25

26

27

28

Upon consideration of the parties' Stipulated Request for Order Shortening Time Re:
Motion to Transfer Action to U.S. District Court for Western District of Pennsylvania, IT IS
HEREBY ORDERED that the request is GRANTED and the following schedule shall apply to
Varian's Motion to Transfer Action to U.S. District Court for Western District of Pennsylvania,
filed on June 27, 2008, despite the fact that Varian filed a Sealed Declaration of Matthew H.
Poppe in support of the motion on July 2, 2008:

    1.    UPitt shall have through and including July 11, 2008, within which to file its
Opposition to the Motion to Transfer;

    2.    Varian shall have through and including July 18, 2008 to file its Reply; and

    Due to the Court's calendar, the hearing on the matter is continued to August 29,
    3.    ~~The hearing on the Motion to Transfer shall remain noticed for August 1, 2008 at~~
2008 at 9:00 a.m.
~~9:00 a.m. as set forth in the Notice of Motion associated with the Motion to Transfer.~~

IT IS SO ORDERED.

Dated: July 7 , 2008

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATED
REQUEST FOR ORDER SHORTENING TIME
(Case No. CV 08 2973)

OHS West:260465773.1