1  DANIEL JOHNSON, JR. (SBN 57409)
   RITA E. TAUTKUS (SBN 162090)
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco CA 94105
   Telephone: (415) 442-1000
4  Facsimile: (415) 442-1001
   Email: djjohnson@morganlewis.com
5  Email: rtautkus@morganlewis.com

6  Attorneys for Plaintiff
   UNIVERSITY OF PITTSBURGH
7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11                                              Case No. CV 08-02973 MMC

   UNIVERSITY OF PITTSBURGH OF THE
12 COMMONWEALTH SYSTEM OF HIGHER
   EDUCATION d/b/a UNIVERSITY OF                **STIPULATION AND [PROPOSED]**
13 PITTSBURGH                                   **ORDER GRANTING PLAINTIFF'S**
                                                **ADMINISTRATIVE MOTION TO FILE**
14         Plaintiff,                           **UNDER SEAL PORTIONS OF A**
                                                **DOCUMENT TO UNIVERSITY OF**
15     v.                                       **PITTSBURGH'S REQUEST FOR**
                                                **JUDICIAL NOTICE ISO OF ITS**
16 VARIAN MEDICAL SYSTEMS, INC.                 **OPPOSITION TO VARIAN MEDICAL**
                                                **SYSTEM INC.'S MOTION TO DISMISS.**
17         Defendant.

WHEREAS, Defendant Varian Medical Systems, Inc. filed under seal a Memorandum in Support of Defendant Varian Medical Systems, Inc.'s Motion for Summary Judgment for Lack of Standing, Or in the Alternative, Motion for a Preliminary Hearing on the Issue of Standing ("Varian's SJ Brief") on November 21, 2007, Docket No. 128, in the Western District of Pennsylvania action, Case No. 07-0491.

WHEREAS, Varian's SJ Brief contains information from documents that were designated as Confidential Attorney Eyes Only by University of Pittsburgh pursuant to the Protective Order (Docket No. 29, as amended Docket No. 331) entered in the Western District of Pennsylvania action, Case No. 07-0491.

WHEREAS, Defendant Varian Medical Systems, Inc. has filed in this Court Defendant Varian Medical Systems, Inc.'s Notice of Motion and Motion to Dismiss Plaintiff's Claims Pursuant to Fed. R. Civ. P. 12(b)(6) Based on Doctrine of Res Judicata; Memorandum of Points and Authorities in Support Thereof, Docket No. 50, on July 23, 2008.

WHEREAS, Plaintiff University of Pittsburgh intends to file an opposition to Defendant's Motion to Dismiss Plaintiff's Claims Pursuant to Fed. R. Civ. P. 12(b)(6) Based on Doctrine of Res Judicata.

WHEREAS, Plaintiff University of Pittsburgh intends to file a Request for Judicial Notice in Support of Its Opposition to Varian's Motion to Dismiss.

WHEREAS, Plaintiff University of Pittsburgh seeks to file under seal confidential portions of Varian's SJ Brief as an exhibit to its request for judicial notice.

THEREFORE, Plaintiff University of Pittsburgh, by and through its attorneys, hereby request that the Court order to be filed under seal the portions of Varian's SJ Brief indicated in Plaintiff's Administrative Motion to File Under Seal Portions of a Document to University of Pittsburgh's Request for Judicial Notice ISO Its Opposition to Varian Medical Systems, Inc.'s Motion to Dismiss, and Varian Medical Systems, Inc., by and through its attorneys, consent to entry of such an order.

**STIP. AND [PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE UNDER SEAL PORTIONS OF A DOCUMENT**
**(Case No. CV 08-02973 MMC)**
DB2/20806179.1

2

| | | |
|---|---|---|
| Dated: August 15, 2008 | | DANIEL JOHNSON, JR.<br>RITA E. TAUTKUS<br>MORGAN LEWIS & BOCKIUS LLP |
| | | By: /s/ Rita E. Tautkus<br>    Rita E. Tautkus<br>    Attorneys for Plaintiff<br>    UNIVERSITY OF PITTSBURGH |
| Dated: August 15, 2008 | | WILLIAM L. ANTHONY<br>MATTHEW H. POPPE<br>ZHENG LIU<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | | By: /s/ Zheng Liu<br>    Zheng Liu<br>    Attorneys for Defendant<br>    VARIAN MEDICAL SYSTEMS, INC. |

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Rita E. Tautkus, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of August, 2008, at San Francisco, California.

          /s/ Rita E. Tautkus
              Rita E. Tautkus

STIP. AND [PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE UNDER SEAL PORTIONS OF A DOCUMENT (Case No. CV 08-02973 MMC)
DB2/20806179.1

3

ORDER

Upon good cause shown, IT IS HEREBY ORDERED that Plaintiff's Administrative Motion to File Under Seal Portions of a Document is GRANTED as follows:

The portions of Exhibit 2 to University of Pittsburgh's Request for Judicial Notice in Support of Its Opposition to Varian Medical Systems Inc.'s Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) identified by University of Pittsburgh as sealable in the document lodged with the Clerk in a sealed envelope labeled "DOCUMENT SUBMITTED UNDER SEAL" in connection with its request for judicial notice SHALL be filed UNDER SEAL by the Clerk.

Plaintiff is hereby DIRECTED to file in the public record, no later than August 22, 2008, a redacted version of Exhibit 2.

IT IS SO ORDERED.

Dated: _____August 19_____, 2008

_____
The Honorable Maxine M. Chesney
United States District Court Judge

**STIP. AND [PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE UNDER SEAL PORTIONS OF A DOCUMENT (Case No. CV 08-02973 MMC)**
DB2/20806179.1

4