IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, a Pennsylvania non-profit corporation (educational),<br><br>Plaintiff,<br><br>v.<br><br>VARIAN MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>Defendants | No. C-08-2973 MMC<br><br>**ORDER VACATING SEPTEMBER 5, 2008 HEARING** |

Before the Court are two motions filed by defendant Varian Medical Systems, Inc.: (1) Motion to Transfer Action to Western District of Pennsylvania, filed June 27, 2008, and (2) Motion to Dismiss Plaintiff's Claims Pursuant to Fed. R. Civ. P. 12(b)(6) Based on Doctrine of Res Judicata, filed July 25, 2008. Plaintiff has filed oppositions to both motions, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision thereon, and VACATES the hearing scheduled for September 5, 2008

**IT IS SO ORDERED.**

Dated: September 4, 2008

MAXINE M. CHESNEY
United States District Judge