IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNIVERSITY OF PITTSBURGH OF THE
COMMONWEALTH SYSTEM OF HIGHER
EDUCATION,

        Plaintiff,

  v.

VARIAN MEDICAL SYSTEMS, INC.,

        Defendant.

08cv1307
**ELECTRONICALLY FILED**

### Order of Court Re: Doc. No. 644

And now, this 21st day of February, 2012, upon consideration of Plaintiff University of Pittsburgh ("Pitt's") Motion to Exclude Demonstrative Evidence and Related Testimony of Varian's Damages Expert as to Defendant's Expert Slides 6, 36, 42, 48 and 49 (doc. no. 644), and response thereto (doc. no. 647), IT IS HEREBY ORDERED that said Motion will be and is hereby GRANTED in part (as to slide 42 per withdrawal by Defendant – see doc. no. 647) and DENIED in part (as to slides 6, 36, 48 and 49). However, the prior rulings of this Court (doc. nos. 594, 600, 623, 645 and 646) remain in effect, without any parties' "gloss" thereon.

        SO ORDERED, this 21st day of February, 2012

        \s Arthur J. Schwab
        Arthur J. Schwab
        United States District Court Judge

cc:    All Registered ECF Counsel and Parties