IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNIVERSITY OF PITTSBURGH                Case 2:08-cv-01307

    Plaintiff,
v.                                      Judge Arthur J. Schwab

VARIAN MEDICAL SYSTEMS, INC.,

    Defendant.                          FILED ELECTRONCIALLY

ORDER ~~GRANTING~~ DENYING DEFENDANT'S MOTION TO SUPPLEMENT EXHIBIT LIST TO ADD PATENTS ABOUT WHICH PLAINTIFF'S EXPERT TESTIFIED

WHEREAS, the Court having considered Defendant's Motion To Supplement Exhibit List To Add Patents About Which Plaintiff's Expert Testified (doc. no. 653) and Opposition Response (doc. no. 654), It Is HEREBY ORDERED this 22nd day of February, 2012 that the Motion is DENIED ~~GRANTED~~ as untimely. Counsel for defendant reasonably could have anticipated months ago the possible need for these exhibits. Further, the exhibits proposed in doc. no. 653 are arguably not relevant, and pertain to the issues as created by the cross-examination of Hansen (not the direct examination) which defense counsel should have anticipated and had exhibits previously marked and disclosed or at least been prepared to use on cross examination.

Arthur J. Schwab
United States District Judge