IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNIVERSITY OF PITTSBURGH OF THE
COMMONWEALTH SYSTEM OF HIGHER
EDUCATION d/b/a UNIVERSITY OF                   08cv1307
PITTSBURGH,                                     **ELECTRONICALLY FILED**

      Plaintiff,

  v.

VARIAN MEDICAL SYSTEMS, INC.,

      Defendant.

## Order of Court

AND NOW, this 19th day of March, 2012, IT IS HEREBY ORDERED that:

    (1) Plaintiff's Motion for Summary Judgment on Laches (doc. no. 673) is GRANTED;

    (2) Defendant's Motion for Summary Judgment on Laches (doc. no. 679) is DENIED.

Judgment is hereby entered on the issue of laches in favor of plaintiff and against defendant.

                                              s/ Arthur J. Schwab
                                              Arthur J. Schwab
                                              United States District Judge

cc:    All Registered ECF Counsel and Parties