IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNIVERSITY OF PITTSBURGH OF THE
COMMONWEALTH SYSTEM OF HIGHER
EDUCATION d/b/a UNIVERSITY OF
PITTSBURGH,

08cv1307

**ELECTRONICALLY FILED**

    Plaintiff,

  v.

VARIAN MEDICAL SYSTEMS, INC.,

    Defendant.

### Order of Court

AND NOW, this 19th day of March, 2012, IT IS HEREBY ORDERED that:

    (1) Plaintiff's Motion for Summary Judgment on Laches (doc. no. 673) is GRANTED;

    (2) Defendant's Motion for Summary Judgment on Laches (doc. no. 679) is DENIED.

Judgment is hereby entered on the issue of laches in favor of plaintiff and against defendant.

                                          s/ Arthur J. Schwab
                                          Arthur J. Schwab
                                          United States District Judge

cc:    All Registered ECF Counsel and Parties