IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH<br><br>Plaintiff,<br><br>v.<br><br>VARIAN MEDICAL SYSTEMS INC.<br><br>Defendant, | 08cv1307<br><br>**ELECTRONICALLY FILED** |

### Scheduling Order re: Invalidity Defense

AND NOW, this 21st day of March, 2012, it is HEREBY ORDERED as follows:

(1)  Cross-Motions for Summary Judgment on invalidity defense(s) of indefiniteness shall be filed by April 4, 2012.

(2)  Responses to Cross-Motions for Summary Judgment thereon, shall be filed by April 11, 2012.

(3)  Replies (limited to five pages) shall be filed by noon on April 13, 2012.

                                                s/ Arthur J. Schwab
                                                Arthur J. Schwab
                                                United States District Judge

cc:   All Registered ECF Counsel and Parties