IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNIVERSITY OF PITTSBURGH OF THE
COMMONWEALTH SYSTEM OF HIGHER
EDUCATION d/b/a UNIVERSITY OF          08cv1307
PITTSBURGH                             **ELECTRONICALLY FILED**

        Plaintiff,

    v.

VARIAN MEDICAL SYSTEMS INC.

        Defendant,

### Scheduling Order re: Invalidity Defense

AND NOW, this 21st day of March, 2012, it is HEREBY ORDERED as follows:

(1)     Cross-Motions for Summary Judgment on invalidity defense(s) of indefiniteness shall be filed by April 4, 2012.

(2)     Responses to Cross-Motions for Summary Judgment thereon, shall be filed by April 11, 2012.

(3)     Replies (limited to five pages) shall be filed by noon on April 13, 2012.

                    s/ Arthur J. Schwab
                    Arthur J. Schwab
                    United States District Judge

cc:    All Registered ECF Counsel and Parties