IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH,<br><br>Plaintiff,<br><br>v.<br><br>VARIAN MEDICAL SYSTEMS, INC.<br><br>Defendant. | Civil Action No.: 2:08-cv-01307<br><br>Judge Arthur J. Schwab<br><br><br><br>**FILED ELECTRONICALLY** |

## VERDICT FORM

Based on the evidence admitted at trial and in accordance with the instructions as given by the Court, we, the jury, unanimously agree to the answers to the following questions:

1. Has Varian proven by clear and convincing evidence that claims of the '554 patent are invalid because they are anticipated? Answer separately as to each claim.

    Claim 20    Yes \_\_\_\_ No \_\_\_\_

    Claim 21    Yes \_\_\_\_ No \_\_\_\_

    Claim 22    Yes \_\_\_\_ No \_\_\_\_

    Claim 25    Yes \_\_\_\_ No \_\_\_\_

    Claim 26    Yes \_\_\_\_ No \_\_\_\_

    Claim 28    Yes \_\_\_\_ No \_\_\_\_

    Claim 30    Yes \_\_\_\_ No \_\_\_\_

    Claim 31    Yes \_\_\_\_ No \_\_\_\_

    Claim 38    Yes \_\_\_\_ No \_\_\_\_

2. Has Varian proven by clear and convincing evidence that claims of the '554 patent are invalid because they are obvious? Answer separately as to each claim.

    Claim 20    Yes \_\_\_\_ No \_\_\_\_

    Claim 21    Yes \_\_\_\_ No \_\_\_\_

    Claim 22    Yes \_\_\_\_ No \_\_\_\_

    Claim 23    Yes \_\_\_\_ No \_\_\_\_

    Claim 24    Yes \_\_\_\_ No \_\_\_\_

    Claim 25    Yes \_\_\_\_ No \_\_\_\_

    Claim 26    Yes \_\_\_\_ No \_\_\_\_

    Claim 28    Yes \_\_\_\_ No \_\_\_\_

    Claim 29    Yes \_\_\_\_ No \_\_\_\_

    Claim 30    Yes \_\_\_\_ No \_\_\_\_

    Claim 31    Yes \_\_\_\_ No \_\_\_\_

    Claim 32    Yes \_\_\_\_ No \_\_\_\_

    Claim 36    Yes \_\_\_\_ No \_\_\_\_

    Claim 37    Yes \_\_\_\_ No \_\_\_\_

    Claim 38    Yes \_\_\_\_ No \_\_\_\_

3. Has Varian proven by clear and convincing evidence that claims of the '554 patent are invalid because they are not enabled? Answer separately as to each claim.

    Claim 20    Yes \_\_\_\_ No \_\_\_\_

    Claim 21    Yes \_\_\_\_ No \_\_\_\_

    Claim 22    Yes \_\_\_\_ No \_\_\_\_

    Claim 23    Yes \_\_\_\_ No \_\_\_\_

       Claim 24       Yes \_\_\_\_ No \_\_\_\_

       Claim 25       Yes \_\_\_\_ No \_\_\_\_

       Claim 26       Yes \_\_\_\_ No \_\_\_\_

       Claim 28       Yes \_\_\_\_ No \_\_\_\_

       Claim 29       Yes \_\_\_\_ No \_\_\_\_

       Claim 30       Yes \_\_\_\_ No \_\_\_\_

       Claim 31       Yes \_\_\_\_ No \_\_\_\_

       Claim 32       Yes \_\_\_\_ No \_\_\_\_

       Claim 36       Yes \_\_\_\_ No \_\_\_\_

       Claim 37       Yes \_\_\_\_ No \_\_\_\_

       Claim 38       Yes \_\_\_\_ No \_\_\_\_

     You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations.

     All jurors should then sign and date the verdict form in the spaces below and notify the bailiff that you have reached a verdict.

     The Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

X_____ , Foreperson   X_____
X_____                 X_____
X_____                 X_____
X_____

DATED: _____, 2012