IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH,<br><br>Plaintiff,<br><br>v.<br><br>VARIAN MEDICAL SYSTEMS, INC.<br><br>Defendant. | Civil Action No.: 2:08-cv-01307<br><br>Judge Arthur J. Schwab<br><br>**FILED ELECTRONICALLY** |

## **VERDICT FORM**

Based on the evidence admitted at trial and in accordance with the instructions as given by the Court, we, the jury, unanimously agree to the answers to the following questions:

1. Has Varian proven by clear and convincing evidence that claims of the '554 patent are invalid because they are anticipated? Answer separately as to each claim.

   Claim 20     Yes ____ No ____

   Claim 21     Yes ____ No ____

   Claim 22     Yes ____ No ____

   Claim 25     Yes ____ No ____

   Claim 26     Yes ____ No ____

   Claim 28     Yes ____ No ____

   Claim 30     Yes ____ No ____

   Claim 31     Yes ____ No ____

   Claim 38     Yes ____ No ____

2. Has Varian proven by clear and convincing evidence that claims of the '554 patent are invalid because they are obvious? Answer separately as to each claim.

Claim 20     Yes \_\_\_\_ No \_\_\_\_

Claim 21     Yes \_\_\_\_ No \_\_\_\_

Claim 22     Yes \_\_\_\_ No \_\_\_\_

Claim 23     Yes \_\_\_\_ No \_\_\_\_

Claim 24     Yes \_\_\_\_ No \_\_\_\_

Claim 25     Yes \_\_\_\_ No \_\_\_\_

Claim 26     Yes \_\_\_\_ No \_\_\_\_

Claim 28     Yes \_\_\_\_ No \_\_\_\_

Claim 29     Yes \_\_\_\_ No \_\_\_\_

Claim 30     Yes \_\_\_\_ No \_\_\_\_

Claim 31     Yes \_\_\_\_ No \_\_\_\_

Claim 32     Yes \_\_\_\_ No \_\_\_\_

Claim 36     Yes \_\_\_\_ No \_\_\_\_

Claim 37     Yes \_\_\_\_ No \_\_\_\_

Claim 38     Yes \_\_\_\_ No \_\_\_\_

3. Has Varian proven by clear and convincing evidence that claims of the '554 patent are invalid because they are not enabled? Answer separately as to each claim.

Claim 20     Yes \_\_\_\_ No \_\_\_\_

Claim 21     Yes \_\_\_\_ No \_\_\_\_

Claim 22     Yes \_\_\_\_ No \_\_\_\_

Claim 23     Yes \_\_\_\_ No \_\_\_\_

Claim 24      Yes ____ No ____

Claim 25      Yes ____ No ____

Claim 26      Yes ____ No ____

Claim 28      Yes ____ No ____

Claim 29      Yes ____ No ____

Claim 30      Yes ____ No ____

Claim 31      Yes ____ No ____

Claim 32      Yes ____ No ____

Claim 36      Yes ____ No ____

Claim 37      Yes ____ No ____

Claim 38      Yes ____ No ____


You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations.

All jurors should then sign and date the verdict form in the spaces below and notify the bailiff that you have reached a verdict.

The Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

X_____ , Foreperson     X_____
X_____                   X_____
X_____                   X_____
X_____

DATED: _____, 2012