IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNIVERSITY OF PITTSBURGH OF THE
COMMONWEALTH SYSTEM OF HIGHER
EDUCATION,

        Plaintiff,

   v.

VARIAN MEDICAL SYSTEMS, INC.,

        Defendant.

08cv1307
**ELECTRONICALLY FILED**

## ORDER RE: DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW (DOC. NO. 880) AND MOTION FOR NEW TRIAL (DOC. NO. 882)

**AND NOW,** this 29th day of June, 2012, for the reasons stated in the contemporaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant Varian Medical System, Inc.'s Renewed Motion for Judgment as a Matter of Law (Doc. No. 880) and Motion for New Trial (Doc. No. 882) are **DENIED**. This Clerk of Court is directed to mark the case closed.

                                                              s/ Arthur J. Schwab
                                                              Arthur J. Schwab
                                                              United States District Judge

cc:    All Registered ECF Counsel and Parties